UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
February 6, 2023 3:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /2-7

Shane Clendenin
_____
(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:23-cv-145
Ray Kent
U.S. Magistrate Judge

v. Rachel Keeley
Chad Hunt
Mike Shannon

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☒  No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      Western District

   2. Is the action still pending?    Yes ☒  No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision?    Yes ☐  No ☒
   4. Is the appeal still pending?    Yes ☐  No ☒
      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☒  No ☐
      a. If so, explain: I Pressed Charges and Keeley and Did Nothing about It

- 2 -   (W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Shane Clendenin
Place of Present Confinement  Van Buren County Jail Paw Paw MI
Address  205 S. Kalamzoo Street paw paw MI 49079
Place of Confinement During Events Described in Complaint  yes

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1  Rachel Kerley
Position or Title  Assistant Prosecuting Attorney
Place of Employment  State of Michigan
Address  212 Paw Paw Street, Suite 102 paw paw michigan 49079
Official and/or personal capacity?  Offical and personal

Name of Defendant #2  Chad Hunt
Position or Title  Lieutenant - Jail administrator
Place of Employment  Van Buren County Jail
Address  205 S. Kalamzoo Street Paw paw MI 49079
Official and/or personal capacity?  Offical and personal

Name of Defendant #3  Mike Shannon
Position or Title  Sargeant
Place of Employment  Van Buren County Jail
Address  205 S. Kalamzoo Street Paw paw MI 49079
Official and/or personal capacity?  official and personal

Name of Defendant #4 ___
Position or Title ___
Place of Employment ___
Address ___
Official and/or personal capacity? ___

Name of Defendant #5 ___
Position or Title ___
Place of Employment ___
Address ___
Official and/or personal capacity? ___

- 3 -   (W.D. Mich. Form – Last Revised: September 2021)

### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I want to File a Civil Suit on The Following For allowing another Inmate to walk Free For Stabbing me Now I am Convicted of a CSC Crim So It Makes It a hate crime Now This is the End Result of The Stabbing The Prosecuter Keeley Just swept It under the Rug per say Mike Shannon and Chad Hunt are the one's that Took The Report Told me It was on Keeley's Desk. I later Found Out She didn't Persue It This goes In hand with Keeley Beeing The prosecuter In my CSC Case Witch Put my Kid in danger The Inmate That Stabbed me sead he was going to Kill my whole Family meaning my Kid Thats Child Indangerment and Emoshial Distret

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want to File a civil sute on The Following Rachol Keeley, Chad Hunt, mike Shannon For The Following Reesens
1. abuse of power/ Attorney
2. civil Rights
3. Emoshal District
4. Support of The hazzing of a (aleged hate crim)
Child Indangerment

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

1-26-2023
Date

_____
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Inmate: Clenderin 48186
Van Buren County Sheriff
JAIL
205 S Kalamazoo Street
Paw Paw, MI 49079

THIS MAIL IS FROM A
PERSON INCARCERATED AT
THE VAN BUREN COUNTY JAIL

United States District Court
Western District of Michigan
399 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI 49503

US POSTAGE — PITNEY BOWES
Jail Adm
ZIP 49000
02 4W MD $ 000.84⁰
0000375836 FEB 03 2023