UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

SHANE CLENDENIN,

        Plaintiff,                     Case No. 1:23-cv-145

v.                                       Honorable Ray Kent

RACHEL KEELEY et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated:  March 27, 2023                          /s/ Ray Kent
                                                         Ray Kent
                                                          United States Magistrate Judge